UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PHILLIP PREVATT, on his own behalf and on
behalf of others similarly situated,

    Plaintiff,

v.        Case No. 5:11-cv-392-Oc-10TBS

BACH CONTRACTING, INC., a Florida
corporation, GARRY BACH, JR., individually,

    Defendants.
_____

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Extension of Mediation Deadline. (Doc. 20). Pursuant to M.D. Fla. R. 3.01(g), counsel for Plaintiff represents that Defendants have been contacted and have no objection to the requested extension of time. (Id. ¶ 6). Upon due consideration, Plaintiff's motion is hereby GRANTED. The parties shall have through June 29, 2012 to conduct a mediation conference in this case.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on June 12, 2012.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to All Counsel